

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00481-CV

**3D VENTURES CAPITAL, LLC**,
Appellant

v.

Gene **TOSCANO**, Individually and Gene Toscano, Inc.,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-CI-20532
Honorable Monique Diaz, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE SPEARS, AND JUSTICE MEZA

In accordance with this court's opinion of this date, the trial court's June 26, 2024 Order Denying 3D Ventures Capital, LLC's First Amended TCPA Motion to Dismiss is AFFIRMED. We order appellant to pay the costs of this appeal.

SIGNED July 16, 2025.

_____
Lori I. Valenzuela, Justice